UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH COOPER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-497** |
| **DARREL VANNOY** | **SECTION: "J"(1)** |

### O R D E R

At the respondent's request, the deadline for the filing of his answer in this matter was extended until July 31, 2024. Rec. Doc. 19. That deadline has now passed, and neither the answer nor a request for a further extension has been filed.

Accordingly,

**IT IS ORDERED** that the respondent file his answer and an electronic certified copy of the state court record on or before **Friday, August 16, 2024**.

**IT IS FURTHER ORDERED** that the petitioner may file a reply memorandum within thirty (30) days after the filing of that answer.

New Orleans, Louisiana, this   2nd   day of August, 2024.

_____
**JANIS VAN MEERVELD**
**UNITED STATES MAGISTRATE JUDGE**